FILED
CLERK, U.S. DISTRICT COURT

3/17/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_CD\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FOSTER S. LAWYER,<br><br>　　　　Defendant. | No. 2:23-cr-00124-MCS<br><br>I N F O R M A T I O N<br><br>[26 U.S.C. § 7206(2): Aiding and Assisting in the Preparation of A False Tax Return] |

The United States Attorney charges:

[26 U.S.C. § 7206(2)]

1. At times relevant to this Information:

　　a.　Defendant FOSTER S. LAWYER was a resident of Los Angeles, California.

　　b.　Defendant LAWYER owned and operated a painting business named Mulligan's Painters, Inc. ("Mulligan's Painters").

2. On or about January 31, 2017, in Los Angeles County, within the Central District of California, defendant LAWYER willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service, of an Employer's Quarterly Federal Tax Return, Form 941, for the fourth quarter of

2016 for Mulligan's Painters, which was false and fraudulent as to a material matter, in that the Form 941 falsely stated that Mulligan's Painters paid $106,700 in wages, tips, and other compensation to its employees in the fourth quarter of 2016, whereas, as defendant LAWYER then knew, Mulligan's Painters had paid substantially more than that amount in wages, tips, and other compensation to its employees in that quarter.

E. MARTIN ESTRADA
United States Attorney

*[signature]*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

KRISTEN A. WILLIAMS
Assistant United States Attorney
Deputy Chief, Major Frauds Section

VALERIE L. MAKAREWICZ
Assistant United States Attorney
Major Frauds Section